Hand-Delivered

FILED
CHARLOTTE, NC

FEB 17 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT

Western District of North Carolina

Melanie Rodriguez, Plaintiff

v.

Greystar Management Services, LLC, Defendant

3:26-cv-126-KDB

## I. JURISDICTION

This action arises under Title VII of the Civil Rights Act of 1964, the Pregnancy Discrimination Act, and the Americans with Disabilities Act (ADA). Plaintiff received a Notice of Right to Sue from the EEOC and files this action within 90 days of receipt.

## II. PARTIES

Plaintiff Melanie Rodriguez is a resident of North Carolina and was employed by Defendant as a leasing agent.

Defendant Greystar Management Services, LLC is an employer operating in North Carolina.

## III. FACTUAL BACKGROUND

Plaintiff was employed as a leasing agent and was qualified for her position.

During employment, Plaintiff became pregnant and developed Hyperemesis Gravidarum, a pregnancy-related medical condition causing severe vomiting, dehydration, hospitalization, and cognitive impairment.

Plaintiff disclosed her pregnancy and medical condition to management in July 2024.

Shortly after disclosure, Plaintiff was subjected to increased scrutiny and discipline.

Plaintiff received a write-up on or about July 30, 2024.

Plaintiff escalated concerns about discriminatory treatment to management on or about August 6, 2024.

Plaintiff was terminated on or about August 13, 2024.

## IV. TIMEKEEPING CONTEXT

During this period, timekeeping systems were transitioning, and employees were sometimes required to reconstruct time entries manually due to system and connectivity issues.

Plaintiff made good faith efforts to record time accurately, including reconstructing time entries when systems failed and while experiencing severe pregnancy-related illness.

## V. DISPARATE TREATMENT

Plaintiff was treated differently from similarly situated employees.

Upon information and belief, other employees committed similar or more serious timekeeping and attendance violations but were not disciplined or terminated.

A similarly situated employee committed a no-call/no-show but was not disciplined, later received a raise, and was transferred to a larger property.

## VI. FAILURE TO ACCOMMODATE

Plaintiff requested flexibility due to pregnancy-related disability.

Defendant failed to engage in the interactive process and failed to provide reasonable accommodation.

## VII. RETALIATION

Plaintiff was terminated shortly after disclosing pregnancy, disclosing disability, requesting accommodation, and raising concerns about unfair treatment.

The close timing supports retaliatory motive.

## VIII. DAMAGES

Following termination, Plaintiff received a 7-day notice to vacate employer-related housing while pregnant and caring for an infant, causing significant financial and emotional hardship.

Plaintiff suffered lost wages, housing instability, emotional distress, medical hardship, and loss of employment benefits.

## IX. CLAIMS

Count I – Pregnancy and Sex Discrimination (Title VII)

Count II – Disability Discrimination (ADA)

Count III – Retaliation

## X. RELIEF REQUESTED

Plaintiff requests back pay, front pay, compensatory damages, emotional distress damages, punitive damages, costs and fees, and any additional relief the Court finds proper.

## XI. JURY DEMAND

Plaintiff requests trial by jury.

Signature: _/s/ Melanie Rodriguez_

Melanie Rodriguez

Date: 2-17-2026